IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARK HORTON, | ) |
| | ) |
| Plaintiff, | ) |
| | ) Case No. 14:17-CV-2324 |
| v. | ) |
| | ) |
| MIDWEST GERIATRIC MANAGEMENT, LLC, | ) |
| | ) |
| Defendant. | ) |

## ORDER

Before the Court is Plaintiff's Motion for Extension of Time to file Memorandum in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint. The Court hereby GRANTS Plaintiff's Motion. Plaintiff may file a Memorandum in Opposition to Defendant's Motion to Dismiss Plaintiff's Complaint up to and including October 13, 2017.

Dated: _____

_____
**Hon. Jean C. Hamilton**

{M0545345.1}