**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION**

| | |
|---|---|
| MARK HORTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 4:17CV2324 JCH |
| ) | |
| MIDWEST GERIATRIC MANAGEMENT, ) | |
| LLC, | |
| ) | |
| Defendant. ) | |

## ORDER OF DISMISSAL

Pursuant to the Memorandum and Order entered December 21, 2017, and Plaintiff's Notice of Election to Stand on Original Complaint and Request for Entry of Final Disposition,

**IT IS HEREBY ORDERED, ADJUDGED and DECREED** that Plaintiff's Complaint is **DISMISSED**.

Dated this 3rd Day of January, 2018.

/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE