# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF MISSOURI

| | |
|---|---|
| MARK HORTON, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No. 14:17-CV-2324 |
| v. ) | |
| ) | |
| MIDWEST GERIATRIC MANAGEMENT, LLC, ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF APPEAL

NOTICE IS HEREBY GIVEN that Plaintiff, Mark Horton, hereby appeals to the United States Court of Appeals for the Eighth Circuit from the judgment of this Court contained in the Order of Dismissal entered January 3, 2018 [Doc. 22] and the Court's Memorandum and Order entered December 21, 2017 [Doc. 20], dismissing Plaintiff's Complaint.

Respectfully Submitted,

MATHIS, MARIFIAN & RICHTER, LTD.

By  */s/Mark S. Schuver*
   Mark S. Schuver, #34713
   Natalie T. Lorenz, #65566
   23 Public Square, Suite 300
   P.O. Box 307
   Belleville, IL 62220
   (618) 234-9800 Phone
   (618) 234-9786 Fax
   mschuver@mmrltd.com
   nlorenz@mmrltd.com

Attorneys for Plaintiff

2

## CERTIFICATE OF SERVICE

I hereby certify that, on January 9th, 2018, a true and correct copy of the foregoing was served via the Court's electronic filing system upon all counsel of record, pursuant to the Court's Local Rules.

/s/Mark S. Schuver