US Court of Appeals - Eighth Circuit
NOA Supplement

**Caption:** Horton v. Midwest Geriatric Management, LLC

**USCA#:**

**Case Number:** 4:17-CV-02324-JCH

**Plaintiff:** MARK HORTON

**Defendant:** MIDWEST GERIATRIC MANAGEMENT, LLC

**Attorney:**

Natalie T. Lorenz (for pla)
23 Public Square
Suite 300
Belleville, IL 62220
Ph: 618-234-9800 x225  Fax:
Email: nlorenz@mmrltd.com

Mark S. Schuver (for pla)
23 Public Square
Suite 300
Belleville, IL 62220
Ph: 618-234-9800  Fax: 618-234-9786
Email: mschuver@mmrltd.com

**Attorney:**

Michael L. Jente (for dft)
600 Washington
Suite 2500
St. Louis, MO 63101
Ph: 314-444-7600  Fax:
Email: mjente@lewisrice.com

Philip J. Mackey (for dft)
600 Washington
Suite 2500
St. Louis, MO 63101
Ph: 314-444-1343  Fax: 314-612-1343
Email: pmackey@lewisrice.com

**Court Reporter(s):** None

Please return files and documents to: Clerk for Eastern District of Missouri

Person to contact about the appeal: Mavis Gaines at (314) 244-7900

| Length of trial | Fee: | IFP: | Pending IFP Motion |
|---|---|---|---|
| N/A | Paid 01/09/2018 | None | No |

| Counsel: | Pending Motions: | Local Interest: | Simultaneous Release: |
|---|---|---|---|
| Yes | No | No | No |

**Criminal Cases/Prisoner Pro Se Cases Only:**

Is defendant incarcerated?: No    Where:

**Please list all other defendants in this case if there were multiple defendants:**