# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | | |
|---|---|---|
| MARK HORTON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 4:17CV2324 JCH |
| | ) | |
| | ) | |
| MIDWEST GERIATRIC MANAGEMENT, LLC, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the Court on Plaintiff's Motion for Leave to File Second Amended Complaint, and Plaintiff's Motion to Modify Case Management Order, both filed November 19, 2021. Having considered the parties' submissions, the Court will deny the motions.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Leave to File Second Amended Complaint (ECF No. 57) is **DENIED**.

**IT IS FURTHER ORDERED** that Plaintiff's Motion to Modify Case Management Order (ECF No. 58) is **DENIED.**


Dated this 14th Day of December, 2021.


/s/ Jean C. Hamilton
UNITED STATES DISTRICT JUDGE